APPROVED and SO ORDERED.
ENTER: _4/24/2020_

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON DIVISION

IN RE:  BOSTON SCIENTIFIC CORP.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION

**Master File No. 2:12-MD-02326**
**MDL No. 2326**

THIS DOCUMENT RELATES TO:

Raeann Bayless v. Boston Scientific
Corporation, et al.

**JOSEPH R. GOODWIN**
**U.S. DISTRICT JUDGE**

Civil Action No. 2:16-cv-01311

## DEFENDANT COLOPLAST CORP'S JOINDER IN DEFENDANTS ETHICON, INC. AND JOHNSON AND JOHNSON'S NOTICE OF ADOPTION OF PRIOR DAUBERT MOTIONS TO EXCLUDE FOR BOSTON SCIENTIFIC WAVE 4

Coloplast joins in Defendants Ethicon, Inc. and Johnson and Johnson's Notices of

Adoption (Docket Entry Nos. 6936, 6937, 6938, 6940, 6946, 6947, 6950, 6955, 6956, 6966)

relating to the following individuals:  [Peggy Pence, Ph.D.; Donald R. Ostergard, M.D.; Bobby

Shull, M.D.; Jerry Blavis, M.D.; Bruce Rosenzweig, M.D.; Dionysios K. Verokinkis, M.D.;

Michael Thomas Margolis, M.D.; Dr. Jimmy W. Mays; Scott A. Guelcher; Dr. Vladimir

Iakovlev].  Although the expert reports and designations made by Plaintiffs do not address

Coloplast or its products, Coloplast adopts the prior motions to the extent they address any

opinions that any Plaintiff may seek to offer in any case in which Coloplast is a defendant.  In

doing so, Coloplast reserves the right to file motions to exclude any opinions addressing

Coloplast or its products, should any be proffered.

Dated:  October 18, 2018

Respectfully submitted,

/s/ Lana K. Varney_____
Lana K. Varney
KING & SPALDING LLP
500 West 2nd Street, Suite 1800
Austin, TX  78701
512.457.2060 (phone)
512.457.2100 (fax)
lvarney@kslaw.com

*Attorneys for Defendant Coloplast Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Lana K. Varney*
Lana K. Varney